DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

CONSTRUCTION CO. (JAMES R. EDWARDS) v. HOLLOMAN

No. 61 PC.

Case below: 32 N.C. App. 234.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 April 1977.

CRAWLEY v. SOUTHERN DEVICES, INC.

No. 59 PC.

Case below: 31 N.C. App. 284.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1977.

LATNEY v. REVIER

No. 46 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.

LOUGHLIN v. BOARD OF REGISTRATION

No. 80 PC.

Case below: 32 N.C. App. 351.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 April 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1977.

MONTGOMERY v. DEPT. OF MOTOR VEHICLES

No. 33 PC.

Case below: 31 N.C. App. 750.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1977.